# UNITED STATES DISTRICT COURT
## for the

Mr. DEMION C. WEXLER )
_Petitioner_ )
)
v. )    Case No. ~~3-AN-19-0224SER~~
)    _(Supplied by Clerk of Court)_
)
Municipality of Anchorage. )
_Respondent_ )
_(name of warden or authorized person having custody of petitioner)_

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1.  (a) Your full name: DEMION CHARLES WEXLER
    (b) Other names you have used: _____

2.  Place of confinement:
    (a) Name of institution: Anchorage Correctional Complex West
    (b) Address: Cook Inlet Pre-Trial, 1300 E. 4th AVE. Anchorage, Alaska 99501
    (c) Your identification number: _____

3.  Are you currently being held on orders by:
    ☐ Federal authorities    ☐ State authorities    ☒ Other – explain:
    City of Anchorage, Municipality of Anchorage

4.  Are you currently:
    ☒ A pretrial detainee (waiting for trial on criminal charges)
    ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
        (a) Name and location of court that sentenced you: _____
        (b) Docket number of criminal case: _____
        (c) Date of sentencing: _____
    ☐ Being held on an immigration charge
    ☒ Other _(explain):_ For 2 years Now

### Decision or Action You Are Challenging

5.  What are you challenging in this petition:
    ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☒ Pretrial detention

☐ Immigration detention

☒ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☒ Other (explain): This case is 2 years old and loss its jurisdiction due to mistrial and violation of my 6th Ammendment. Right to Speedy Trial Rights and a fair Trial. Furthermore.

6. Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court: Nesbett Courthouse, Anchorage Jail Court house. Municipality of Anchorage.

(b) Docket number, case number, or opinion number: 3-AN-19-02245 CR

(c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): When Wexler had originally posted Bail the Electronic Monitoring was Imposed on the defendant (Him) when it was opposed to E/M. and to return to Original light Monitoring

(d) Date of the decision or action: April 7th, 2020 and The Conditions of Release are Cruel and Unusual for 50 year old Ex Convict During a state of Duress and Pandemic. Covid-19.

**Your Earlier Challenges of the Decision or Action**

7. **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☒ Yes          ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: U.S. District Court

(2) Date of filing: Last Week          ?

(3) Docket number, case number, or opinion number: ?

(4) Result: still waiting

(5) Date of result:

(6) Issues raised: 2nd and 6th ammendments and Article 1 3 19 Alaska Constitution Declaration of Rights.
Fed. ct. r. Crim Rule 48 (b)    CrR.
How about CrR 26.3 mistrial

(b) If you answered "No," explain why you did not appeal:

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes          ☒ No

(a) If "Yes," provide:

      (1) Name of the authority, agency, or court: _____

      (2) Date of filing: _____

      (3) Docket number, case number, or opinion number: _____

      (4) Result: _____

      (5) Date of result: _____

      (6) Issues raised: _____

_____

_____

_____

_____

_____

(b) If you answered "No," explain why you did not file a second appeal: _____

_____ I'm not Sentenced nor Convicted of _____ any crime . to appeal .

9.    **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes        ☒ No

(a) If "Yes," provide:

      (1) Name of the authority, agency, or court: _____

      (2) Date of filing: _____

      (3) Docket number, case number, or opinion number: _____

      (4) Result: _____

      (5) Date of result: _____

      (6) Issues raised: _____

_____

_____

_____

_____

(b) If you answered "No," explain why you did not file a third appeal: _____

_____

10.    **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes        ☐ No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

     ☒ Yes        ☒ No

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☒ Yes ☐ No

If "Yes," provide:

(1) Name of court: _Federal District Court of Anchorage_

(2) Case number: _3AN-19-0224.CR_

(3) Date of filing: _03-4-21_

(4) Result: _Unknown_

(5) Date of result: _none_

(6) Issues raised: _Motion to Dismiss Want of Prosecution and/or indictment. Fed.ct.r. CrR 48(b) and CrR 26.3 mistrial_

_____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

_____

_____

_____

_____

_____

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes ☒ No

If "Yes," provide:

(a) Date you were taken into immigration custody: _____

(b) Date of the removal or reinstatement order: _____

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes ☐ No

If "Yes," provide:

(1) Date of filing: _____

(2) Case number: _____

(3) Result: _____

(4) Date of result: _____

(5) Issues raised: _____

_____

_____

_____

_____

(d)    Did you appeal the decision to the United States Court of Appeals?

☐ Yes          ☒ No

If "Yes," provide:

(1) Name of court: _____

(2) Date of filing: _____

(3) Case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

12.    **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☒ Yes          ☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application: motion to Dismiss want of Prosecution

(b) Name of the authority, agency, or court: Fed District Court of Anchorage

(c) Date of filing: last week ??

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____

_____

_____

_____

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** I have called the Attorney's office several time to have this set for Trial to no avail and the Pandemic Covid-19 my 6th ammendment rights have been violated.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
3-AN-19-02245cr is a 2 two year old case. and still no trial. They, The M.O.A and Jail have Circuit Court TV Monitoring?

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes      ☒ No

**GROUND TWO:** IF the City actually has a case, or valid witness, this case would already have had a trial to Convict Mr. Wexler.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Mr. Wexler was incustody year 2020 for a 120 day and another 120 day's year 2020 and now 2021.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes      ☒ No

**GROUND THREE:** The City has had more than ample time to move to trial and Hasn't.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
During a Telephonic call with the Court + Law Group the Judge had said this case has mistrialed contact your attorney.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes      ☒ No

**GROUND FOUR:** Another Matter I was how does a case get re-arraigned 9-months after an arraignment. 3-AN-20-03181 CR.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Admission to violating my 6th Ammendment Rights? On both Cases. 3-AN-19-02245CR Maybe Your Public Defense 3-AN-20-03181 CR, and Prosecuting Attorney that Covid lunch together and quaranteam thought the right violate mine.

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes   ☒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: Covid-19 pandemic the Nation wide State of Duress. I'm a former member of the NRA State Militia in WA state. Demand justice and to potect my 2nd Ammendment.

**Request for Relief**

15. State exactly what you want the court to do: A compassionate voluntary Dismissal of the Misdemeanant Charges and VOCR attached to the Alleged crime I humbly ask the court to file me motion to dismiss the indictments due to mistrial and Violation of 2nd 6th amendments and fundamental Rights As an Alaskan and let me continue to Practice on Protect my Alaskan Declarration of Rights of the Alaskan Constitution

Art I § 19
A well-Regulate militia being necessary to the security of a free State, the right to keep and Bear Arm shall not be denied or infringed by the State or a Political Subdivision of the State. During a time of Duress Nation Wide.

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: March 2021

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 3-13-2021

_____
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any

US POSTAGE $001.20
03/15/2021
ZIP 99501
041L11253886

Demion C. Wexler
Anchorage Correctional Complex West
___ E. 4th Avenue 14-2-B me
___ AK 99501
___chorage, AK 99501

District Court Clerk
United States District Court
Clerks office #4
222 W. 7th Avenue.
Anchorage, Alaska 99513-7564