To: The U.S. District Court Clerk:

RECEIVED 3-13-21
MAR 17 2021
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

Dear Clerk,

My Name is Demion Charles Wexler. I had previously mailed your office a motion to Dissmissal an Want of Prosecution or Indictment/Voluntary Dissmissal of Indictment. With Prejudice. Fed. Rules of Criminal Procedure Cr. Rule 48(b) to be filed. I humbly ask if you had filed it for me. Can you loan me $5.00 to file or can you file that and this writ of Habeus Corpus for me Informa Pauperas. Thank you for your time and being outstanding. Have a nice week. God Bless. Wish you a Happy Saint Patrick's day too.

Sincerely,

Demion C. Wexler