To: U.S. District Court Clerk
Anchorage, Alaska.

RECEIVED
APR 06 2021
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

From: Demion Charles Wexler Obscis# 592350
~~281~~300 E. 4th Ave. WA state D.O.C. #969254?
Anchorage, AK 99501
or 2823 E. Tudor Rd.
Anchorage, AK 99507

Mrs. or Ms. Court Clerk,

and hella thanx for all Thank-you for your respondance your help. I have one more Motion to File Informa Pauperuos? spelling uhh Please. I think I had the form wrong. the last time. This one should be better.

Thank-you -

Demion Wexler

RECEIVED APR 06 2021 CLERK, U.S. DISTRICT COURT ANCHORAGE, AK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ANCHORAGE, ALASKA

DEMION CHARLES WEXLER
Petitioner

vs.

Municiple District of Anchorage
Respondent

Case No: 3:21-cv-00059-RRB

Motion to Dismiss/Vacate Indictment. Stay of Proceeding for want of Prosecution.

Crim.
Fed. Rule Criminal Procedure 48(b)
Motion Etc.

Demion Wexler the Defendant in Case No's 3AN-19-02245Cr. 3AN-03181cr. The Subject & matter of Jurisdiction. Hereby moves this court for an order dismissing the {complaint}{actions} of the cases under Rule 48(b) of the Federal Rules of Criminal Procedure.

In Support of this motion Demion Wexler shows the court:

1) The alleged offenses 3AN-19-02245Cr. purpotedly occured on third 3rd month 2019 and 4th month of 2020 for case no: 3AN-03181Cr

2) The defendant was not intoxicated at the time of arrest on those charges according to the breathalizer test givens by the defendant 03-2019's arrest. During the interval of waiting to move to trial on this offense Covid-19 lay off and Hunker Down effects have delayed and prevented/hindered any court Pre-trial or Pre-Indictment hearings for these case's and under Fed.ctr.Crim. 26.3 mistrial have mistrialed.

3) Since the defendant Demion Wexler arrests on 04-2020 case 3AN-03181cr a year has elapsed he has been in custody for over 4 month's on both cases numerous time indicating evidence of mistrial and which is in violation

continued —

3) to the U.S. Constitution To Prompt initiation of the prosecution, the defendant's right to a speedy trial under the 6th ammendment to the U.S. Constitution has been infringed under Rule 26.3

4) There is no good reason for these delay's of a fair trial for want of Prosecution against the defendant. and the delay have prejudiced the defendant in these cases afore mentioned to the right of a speedy trial without delay under Rule 48 should be dismissed.

5) The Defendant has demanded a speedy trial on these charges with his attorney's receptionist several times while in custody and has asked to move/proceed to trial. Due to Covid-19's Pandemic and Protocol Mr. Wexler has been denied that right Preserved by the U.S Constitution and been denied by the City's deliberate and persistent pattern of oppresive and prejudicial delay has ~~set this~~ scratched the defendant from the Court Docketts which is a violation of his 6th ammendments right of U.S. Constitution. to a guaranteed speed trial within 120 day.

6) Mr. Wexler now asks the court for a compassionate dismissel and reliefs of charges. Due to Covid-19.

This motion is based on the papers and record on file in this action and the Defendant Demion Wexler through counsel moves to dismiss 3A-N-19-02245CR and 3AN-20-03181CR complaints and indictments. With the Writ of Habeus Corpus filed prior to this motion.

Date 3-30-21
Subscribed and Sworn Before

Petitioner's Signature

Notary Public for the State of AK

Demion Charles Wexler
Journeyman Roofer/General Laborer.

My Commission Expires:

2823 E. Tudor Rd
Anchorage, AK 99507

Demrion C. Wexler 592350 WA.DOC# 962254.
Anchorage Correctional Complex West
1300 E. 4th Avenue H-2-L
Anchorage, Alaska 99501

United States District Court
District Court Clerk of Anchorage, AK
Federal Building, U.S. Courthouse
222 W. 7th Avenue #4
Anchorage, Alaska 99513-7564

neopost
04/05/2021
US POSTAGE $000.50
FIRST-CLASS MAIL
ZIP 99950
041L11253836

3:21-cv-00059-RRB Document 7 Filed 04/06/21 Page